# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam         Date: March 13, 2014
Court Reporter: Mary George
Probation Officer: Patrick Lynch           Interpreter: Susana Cahill

Criminal Action No.: 13-cr-00225-JLK

*Parties:*                                 *Counsel:*

UNITED STATES OF AMERICA,                  Mark J. Barrett

    Plaintiff,

v.

SANTO CRUZ-VARELA,                         Wilbur C. Smith

    Defendant.

## SENTENCING MINUTES

**3:06 p.m.      Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

**Change of Plea Hearing:**   September 5, 2013.

**Defendant plead guilty to Count One of the Indictment.**

Defendant sworn.

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

*13-cr-00225-JLK*
*Sentencing*
*March 13, 2014*

**ORDERED:** Defendant's Sentencing Statement And Motion for variance From The Guidelines Range Indicated In the Presentence Investigation Report (Filed 2/26/14; Doc. No. 41) is DENIED as MOOT.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of time served.

**SUPERVISED RELEASE:**

None to be imposed because Defendant shall be deported back to Honduras.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**3:12 p.m.    Court in recess.**
Hearing concluded.
Total in-court time: 6 minutes